■ VICTORIA Y. McSWEENEY, Respondent, v. SALOMAN LEVIN, Appellant.— Order entered January 29, 1968, unanimously reversed on the law, the facts and in the exercise of discretion, with $30 costs and disbursements of this appeal to appellant, and plaintiff's motion denied without prejudice to a proper application. It was incumbent on plaintiff to show a reason for the delay in making the application and to set forth facts excusing the failure or negligence necessitating

the amendment so far as these facts are within the knowledge of the plaintiff (*Koi* v. *P. S. & M. Catering Corp.*, 15 A D 2d 775). Concur — Stevens, J. P., Steuer, Tilzer, McGivern and McNally, JJ.